**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1361**

_____

WANDA M. ALLEN,

               Plaintiff - Appellant,

     v.

CITY OF RALEIGH POLICE DEPARTMENT; CAPTAIN MURR,

               Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:21-cv-00471-M)

_____

Submitted:  December 20, 2022               Decided:  December 22, 2022

_____

Before NIEMEYER and QUATTLEBAUM Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Wanda M. Allen, Appellant Pro Se.  Christopher Jordan Simmons, CITY ATTORNEY'S OFFICE, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wanda M. Allen has filed two notices of appeal in her pending civil action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). Allen fails to identify the order from which she seeks to appeal.* *See* Fed. R. App. P. 3(c)(1)(B) ("The notice of appeal must . . . designate the judgment—or the appealable order—from which the appeal is taken."). Moreover, the district court has not yet entered any final or immediately appealable interlocutory or collateral order in Allen's civil case. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Allen's motions for appointment of counsel and to transfer the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

* Insofar as Allen's informal brief could be liberally construed as seeking to appeal the district court's January 10, 2022, order granting Defendants' motion for extension of time to answer or otherwise plead in response to Allen's complaint, that order is not a final order or an immediately appealable interlocutory or collateral order.